**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CAMIELLIA MORTON** | : | |
| **Plaintiff** | : | **Civil Case No. 1:26-cv-2751** |
| **v.** | : | |
| **JULIA AGNES MILLS** | : | |
| **Defendant** | : | |

### AFFIDAVIT OF SERVICE

I, Amy L. Taylor, am at least 18 years of age, competent to testify, and not a party to this action.

On Wednesday, July 15, 2026, I mailed the Summons in A Civil Action (Defendant Julia Agnes Mills), Civil Cover Sheet, Complaint, Jury Demand, and Magistrate Judge Direct Assignment Order in the above captioned matter to: Julia Agnes Mills, 13253 Onyx Drive, Hagerstown, MD 21742, by U.S.P.S. Certified Mail, Restricted Delivery, Return Receipt Requested.

The article was delivered on Friday, July 17, 2026, at approximately 12:29 p.m. as evidenced by the attached U.S.P.S. Tracking attached hereto as **Exhibit A**, and by the attached U.S.P.S. green card attached hereto as **Exhibit B**.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are true to the best of my knowledge, information, and belief.

July 22, 2026

_____/s/_____
Amy L. Taylor, Esquire
(Federal Bar #18425)
ROBERTSON &ROBERTSON, P.A.
1205 Pemberton Drive, Suite 104
Salisbury, Maryland 21801
Telephone (410) 749-9111
Facsimile (410) 749-1119
*Amy@RobertsonPA.com*
*Attorneys for Plaintiff*