# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
J. MARK COULSON
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
Phone: (410) 962-4953
Fax: (410) 962-2895

August 4, 2026

**LETTER TO COUNSEL – PROPOSED SCHEDULING ORDER**

**Re:** ***Morton v. Mills***
**Civil No. 1:26-cv-02751-JMC**

Dear Counsel:

The case is ready to proceed with discovery but does not yet have a scheduling order. I have provided you with a proposed scheduling order below. Please confer and inform the Court whether the proposed schedule is acceptable. If it is not, please file a joint proposed scheduling order. Also, please remember to let the Court know if and when you are interested in a settlement/ADR conference. The deadline for these first steps is August 18, 2026.

## PROPOSED SCHEDULING ORDER

| | |
|---|---|
| August 18, 2026 | Deadline for requests for modification of initial Scheduling Order |
| August 18, 2026 | Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered.) |
| August 18, 2026 | Report about deposition hours |
| August 18, 2026 | Deadline for conference about discovery of electronically stored information. (If either or both parties intend to take such discovery, before the conference counsel should review the Principles for the Discovery of Electronically Stored Information in Civil Cases prepared by a Joint bench/bar committee published on the Court's website.) |
| September 17, 2026 | Moving for joinder of additional parties and amendment of pleadings |

| | |
|---|---|
| October 8, 2026 | Plaintiff's Rule 26(a)(2) disclosures |
| October 29, 2026 | Defendant's Rule 26(a)(2) disclosures |
| November 5, 2026 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| November 12, 2026 | Rule 26(e)(2) supplementation of disclosures and responses |
| December 14, 2026 | Discovery deadline; submission of joint status report |
| December 28, 2026 | Requests for admission |
| January 11, 2027 | Dispositive pretrial motions deadline |

## DISCOVERY

Initial Disclosures

This is an action in which Fed. R. Civ. P. 26(a)(1) disclosures need not be made.

Discovery Conference

This action is exempted from the requirements of Fed. R. Civ. P. 26(d)(1) and from Fed. R. Civ. P. 26(f). However, you are encouraged to confer with one another immediately in order to: (a) identify the issue(s), (b) set a discovery plan, (c) determine if the case can be resolved before your clients incur further litigation expense, (d) discuss any issues about preserving discoverable information, and (e) establish a cordial professional relationship among yourselves.

If, during the course of discovery, an issue or dispute arises, you are instructed to first confer and attempt, in good faith, to work through the issue without the Court's assistance. If the Court's assistance is required, you should docket a short correspondence, either jointly or separately, outlining the discovery dispute.

Procedure

All the provisions of Local Rule 104 apply, including the following:

a. All discovery requests must be served in time to assure that they are answered before the discovery deadline. An extension of the deadline will not be granted because of unanswered discovery requests.

b. The existence of a discovery dispute as to one matter does not justify delay in taking any other discovery. The filing of a motion to compel or a motion for a

protective order will not result in a general extension of the discovery deadline.

c. No discovery materials, including Rule 26(a)(1) and Rule 26(a)(2) disclosures, should be filed with the court.

d. Motions to compel shall be filed in accordance with Local Rule 104.8 and applicable CM/ECF procedures.

e. Please be familiar with the Discovery Guidelines of this Court which are Appendix A to the Local Rules. Appendix D contains guidelines for form discovery requests and confidentiality orders that may be helpful to you.

Deposition Hours

Please confer with one another immediately concerning the number of hours of depositions which you believe are appropriate. If I have not heard from you by the date set forth in Section I of this order, each side shall be limited to 15 hours of depositions of fact witnesses (including parties). (If you agree to another number of deposition hours and notify me of your agreement, you may consider your agreement approved unless you hear from me to the contrary within 10 days.) If there are two or more parties on a particular side, they must share the deposition time allotted to their side unless upon your request I otherwise rule. Any colloquy engaged in by counsel shall be counted against his/her client's deposition time.

## STATUS REPORT

The parties shall file on the day of the discovery deadline a status report covering the following matters:

a. Whether discovery has been completed;

b. Whether any motions are pending;

c. Whether any party intends to file a dispositive pretrial motion;

d. Whether the case is to be tried jury or non-jury and the anticipated length of trial;

e. A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein;

f. Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion;

g. Any other matter which you believe should be brought to the court's attention.

## DISPOSITIVE PRETRIAL MOTIONS

If more than one party intends to file a summary judgment motion, the provisions of Local Rule 105.2.c apply. After motions and responses thereto have been filed, I will advise you if a hearing is to be scheduled.

## STATUS AND PRETRIAL CONFERENCES

I will set a scheduling conference after the status report has been filed, unless that report indicates that one or more of you intends to file a dispositive pretrial motion. In the latter event I will not set a scheduling conference until after I have ruled upon the motion (or the dispositive pretrial motion deadline passes without the anticipated motion being filed).

At the scheduling conference:

a) I will set a deadline for submitting the pretrial order, motions in *limine*, proposed *voir dire* questions and proposed jury instructions;
b) I will set a pretrial conference date and a trial date; and
c) I will ask you whether a settlement or other ADR conference with a judicial officer would be useful. **Please confer with your client before the conference so that you can respond.**

## ATTORNEYS' FEES

In any case where attorneys' fees may be sought by the prevailing party, counsel must be familiar with the provisions of Local Rule 109.2 and the Rules and Guidelines for Determining Attorneys' Fees in Certain Cases which are Appendix B to the Local Rules.

## COMPLIANCE WITH LOCAL RULES AND CM/ECF PROCEDURES

The court will demand compliance with the Local Rules and CM/ECF procedures. If you need to obtain a copy of the Local Rules or the CM/ECF procedures, they are available on our website at www.mdd.uscourts.gov.

## COMPLIANCE WITH PRIVACY PROTECTION RULE

Counsel are reminded that the Federal Rules of Civil Procedure were amended, effective December 1, 2007, with the addition of a new Rule 5.2 requiring the redaction of filings with this court that contain an individual's social security number, tax payer identification number, or birth date, the name of an individual known to be a minor, or a financial account number. It is essential that counsel comply with this rule and with the revised version of the Judicial Conference Privacy Policy adopted in March 2008. For further information on the Judicial Conference Privacy Policy see: http://www.mdd.uscourts.gov/news/news/privacy_memo.pdf.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Sincerely yours,



J. Mark Coulson
United States Magistrate Judge